UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FILMORE DOYOON KIM, <br><br> Defendant. | CASE NO. 25-41-LK <br><br> **DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with making a false statement in connection with the acquisition of a firearm. The Court finds Defendant is a danger to the community and serious flight risk. The government proffered that Defendant has a criminal history that includes making death threats and threats of sexual assault. After Defendant served his state prison sentence, he was placed on state supervision. His performance on supervision has been poor. He absconded supervision and was eventually arrested in the state of Nebraska. He has failed to report to his supervising officer on numerous occasions and has made threats against his officer. Defendant has significant mental health problems and has been placed in in-patient treatment on several occasions. His

DETENTION ORDER - 1

mental health problems are so severe that several of his criminal matters were dismissed due to incompetency. Defendant also has significant ties to Korea where his mother lives. He is primarily a Korean speaking individual. He has traveled extensively and it was proffered he has significant financial resources that would allow him to leave the country.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 26th day of March, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2